357

Argued and submitted June 6, affirmed August 29, 2001

In the Matter of the Compensation of
Jocelyn L. Preston, Claimant.

Jocelyn L. PRESTON,
*Petitioner,*

*v.*

SAIF CORPORATION
and Molecular Probes, Inc.,
*Respondents.*

99-02862; A109528

30 P3d 1229

Jon C. Correll argued the cause and filed the brief for petitioner.

Jerome Patrick Larkin argued the cause and filed the brief for respondents.

Before Edmonds, Presiding Judge, and Armstrong and Kistler, Judges